IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00751-WJM-MEH

BRIAN HINMAN,

    Plaintiff,

v.

JONATHAN JOYCE, and
CITY AND COUNTY OF DENVER, COLORADO,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 29, 2015**.

    The Stipulated Motion for Protective Order [filed June 26, 2015; docket #21] is **granted**. The parties' proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.