IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-00751-WJM-MEH | Date: | July 30, 2015 |
| Courtroom Deputy: | | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

BRIAN HINMAN                                          Raymond Bryant

    Plaintiffs,

v.

JONATHAN JOYCE                                    Conor Farley
CITY AND COUNTY OF DENVER            Evan Lee
CLERK OF THE DENVER DISTRICT COURT     Matthew Grove

    Defendant.

## COURTROOM MINUTES
## MOTION HEARING

**3:06 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

**ORDERED**:

[28] Motion to Quash Subpoena Duces Tecum Issued to the Clerk of the Denver District Court is GRANTED without prejudice.

The plaintiff has until the close of business on August 5, 2015 to file the necessary petition with state court as instructed on the record.

The record will be delivered to Matthew Grove for labeling and copying.

**3:19 p.m.**     **Court in recess.**   Hearing concluded.
Total in-court time    00:13

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.