IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:15-cv-00751-WJM-MEH | Date: | January 28, 2016 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                            *Counsel:*

BRIAN HINMAN                                                 Raymond Bryant

    Plaintiffs,

v.

JONATHAN JOYCE et al                                    Hollie Birkholz
                                                                           Richard Stubbs

    Defendant.

---

**COURTROOM MINUTES**
**MOTION HEARING**

---

**10:30 a.m.**      **Court in session.**

Court calls case. Appearances of counsel.

Defendants' counsel turned over documents for an *in camera* review.

**ORDERED**:       Following oral argument, the [47] MOTION to Quash *a Portion of the Subpoena Duces Tecum* by Defendant City and County of Denver, Colorado is GRANTED IN PART AND DENIED IN PART as stated on the record.

**11:00 a.m.**      **Court in recess.**      Hearing concluded.
Total in-court time    00:30

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.